IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON, TRUSTEE

vs

LINDA WASHINGTON

CASE NO 10-32045
CHAPTER: 13

DATE: October 19, 2010
PLACE: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Pro Se                     Appears

**COUNSEL FOR DEFENDANT**: J.D. Graham                Appears

**PROCEEDINGS**: Motion to Dismiss Case

MINUTES OF COURT:

Case is called for hearing on the Trustee's Motion to Dismiss Case. The Trustee reports to the Court that the debtor is currently $3,130.00 delinquent in plan payments. Counsel for the debtor reports he has no opposition to the Motion. The Motion is Granted and this case is dismissed.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Krista Doiron
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**